**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1180**

_____

In re:  EARL SPENCER BOYCE, JR.,

Petitioner.

_____

On Petition for Writ of Mandamus (1:08-cv-00535-MR;
1:06-cr-00020)

_____

Submitted:  September 22, 2011        Decided:  October 3, 2011

_____

Before GREGORY, DUNCAN, and SHEDD, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Earl Spencer Boyce, Jr., Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Earl Spencer Boyce, Jr., petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C.A. § 2255 (West Supp. 2011) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court entered an order denying Boyce's motion. Accordingly, because the district court has recently decided Boyce's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED